## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**(1) RHONDA DIETZ, individually
and on behalf of others similarly
situated,**

        **Plaintiff,**

**v.**

**(1) CUSTOMER CREDIT
CORPORATION and
(2) ROYAL MANAGEMENT,**

        **Defendants.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No:** CIV-16-108-L

**(Formerly Case No: CJ-2015-5912,
Oklahoma County, Oklahoma)**

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, Customer Credit Corporation and Royal Management[1] (collectively "Defendants"), hereby remove this action from the District Court of Oklahoma County, Oklahoma, where it was filed as Case No. CJ-2015-5912, styled *Rhonda Dietz v. Customer Credit Corporation and Royal Management*, (the "State Court Lawsuit"), to the United States District Court for the Western District of Oklahoma. As grounds for removal, Defendants state as follows:

1.     Customer Credit Corporation and Royal Management are defendants in a civil action brought against them in the District Court of Oklahoma County, State of Oklahoma, and titled *Rhonda Dietz v. Customer Credit Corporation and Royal Management*, Case No. CJ-2015-5912.

2.     Upon information and belief, at the time of filing this action and the present time Plaintiff was and is a resident and citizen of the State of Oklahoma.

---

[1] Royal Management was improperly named as a Defendant, as it was not Plaintiff's employer. Moreover, Plaintiff has incorrectly named this Defendant. The proper name is R.B.S. Computer, Inc. d/b/a Royal Management.

3.    At the time of the filing this action and at the present time, Defendant Customer Credit Corporation was and is a corporation duly organized and existing under the laws of the State of Oklahoma and no other state, with its principal place of business in Oklahoma.

4.    At the time of filing this action and at the present time, Defendant Royal Management is and was a d/b/a of R.B.S. Computer, Inc., a Texas corporation with its principal place of business in Texas.

5.    Plaintiff claims to be entitled to recover actual damages, plus liquidated damages, punitive damages, and attorneys' fees. Under 23 O.S. § 9.1, punitive damages may be awarded in excess of $75,000 and, therefore, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.    This is the kind of action of which the United States District Courts have original jurisdiction because plaintiff's claims arise under the Constitution, laws or treaties of the United States. Plaintiff's Amended Petition alleges that Defendants violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* by failing to pay wages, including overtime wages. Plaintiff further alleges these federal claims on behalf of herself and others similarly situated.

7.    The aforementioned action was commenced by service of summons of the original Complaint upon Royal Management and Customer Credit Corporation on November 19, 2015. Plaintiff then filed her Amended Petition on January 8, 2016 to add the federal FLSA claim, and this Notice of Removal is, therefore timely filed under the provisions of 28 U.S.C. § 1446.

8.    A copy of all process, pleadings and orders filed in the State Court Lawsuit or served upon Defendants are attached hereto as follows:

**Exhibit 1 -    Summons served upon Royal Management, dated November 18, 2015**

**Exhibit 2 -    Summons served upon Royal Management, dated November 19, 2015**

**Exhibit 3 -    Entry of Appearance for Mark Hammons, dated October 29, 2015**

**Exhibit 4 -    Entry of Appearance for Leah Roper, dated October 29, 2015.**

**Exhibit 5 -    Complaint, dated October 29, 2015**

**Exhibit 6 -    Amended Petition, dated January 8, 2016**

**Exhibit 7 -    Docket sheet from District Court of Oklahoma County, State of Oklahoma.**

9.    Defendants will promptly provide Plaintiff written notice of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d). Defendants will also file a copy of the Notice of Removal with the District Clerk of Oklahoma County, State of Oklahoma.

DATED this 8th day of February, 2016.

Respectfully submitted,

s/ Tanya S. Bryant
Tanya S. Bryant, OBA #20170
Mary P. Snyder, OBA #31427
-- Of the Firm --
CROWE & DUNLEVY
A Professional Corporation
Braniff Building

3

324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
tanya.bryant@crowedunlevy.com
mary.snyder@crowedunlevy.com
ATTORNEYS FOR DEFENDANTS
CUSTOMER CREDIT CORPORATION
AND ROYAL MANAGEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2016, the above and foregoing was filed in the Western District Court for the Western District of Oklahoma that a true and correct copy was mailed, postage prepaid, to the following attorneys for Plaintiff and the Court Clerk will transmit a Notice of Electronic Filing to the following EFC registrants:

Mark E. Hammons
Leah M. Roper
HAMMONS, GOWENS, HURST &
ASSOCIATES
325 Dean A. McGee Ave.
Oklahoma City, OK 73102
*Attorneys for Plaintiff*

_s/_Tanya S. Bryant
Tanya S. Bryant

2923553.2