FILED IN DISTRICT COURT
OKLAHOMA COUNTY

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

NOV 2 4 2015

TIM RHODES
COURT CLERK

*103160 0537*

1.   RHONDA DIETZ,

        Plaintiff,

v.

1.   CUSTOMER CREDIT
     CORPORATION,

2.   ROYAL MANAGEMENT,

        Defendants.

34_____

Case No. 2015-5912

ATTORNEY LIEN CLAIMED

## SUMMONS

**To the above named Defendant:** *ROYAL MANAGEMENT*
                      4989 SE 29 St
                      Del City, Oklahoma 73115

      You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff. Also, you are directed to answer the discovery attached within forty-five **(45)** days after service.

      Unless you answer the petition within the time started, judgment will be rendered against you with costs of the action.

     **Issued this** ____ **day of October, 2015.**

TIM RHODES, COURT CLERK

(Seal)

By _____
           **Deputy Court Clerk**

Attorney for Plaintiff:

Mark Hammons, OBA No. 3784
Leah Roper, OBA No. 32107
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

**This summons was served on** 11-18-15 _____

Certified mail

_____
**Signature of person serving summons**

**Exhibit 1**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Royal Management
4989 SE 29 St.
Del City, OK 73115

9590 9403 0338 5155 9967 79

2. Article Number (Transfer from service label)
7010 2780 0000 6168 1889

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt